**KATHLEEN A. LEAVITT**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
kal13mail@las13.com
(702) 853-0700

E-File: 07/13/2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| IN RE: | Chapter 13 |
|---|---|
| **ARTHUR R BECK JR** | BKS-10-10469-BAM |
| **JOYCE HAND-BECK** | |
| | **MOTION TO DISMISS** |
| Debtor(s). | **MOTION TO DISMISS**<br>Hearing Date: September 23, 2010<br>Hearing Time:  2:00 pm |

    Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee in the above captioned bankruptcy case and for her motion states and alleges as follows:

    1.  Debtor(s) filed an Original Petition under Chapter 13, Title 11 of the United States Code on January 13, 2010.
    2.  Chapter 13 Plan was confirmed by the Court on 05/06/2010.
    3.  The Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307 (c) for one or more of the following reasons, to wit:

(c)  For cause,
(c)(6)  Material default by the debtor with respect to a term of a confirmed plan to wit:

- Failure to turn over tax refunds (year):  Tax year 2009
- Other:  Plan does not pay at 100%, as confirmed.

    WHEREFORE, the Trustee prays the Court issue an order dismissing the within case for the reasons as stated above and that expenses in the amount of $0.00 be allowed in this case.

/s/ KATHLEEN A LEAVITT
Kathleen A. Leavitt
CHAPTER 13 BANKRUPTCY TRUSTEE

DATED: 7/13/2010
JC