ANTHONY J. DELUCA, ESQ.
Nevada Bar No.: 006952
DELUCA & ASSOCIATES
5830 West Flamingo Road, Suite 233
Las Vegas, Nevada 89103
(702) 873-5386
Fax (702) 873-5903
anthony@deluca-associates.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Nevada**

| | |
|---|---|
| **In Re**: <br><br> Arthur R Beck, Jr. <br> Joyce Hand-Beck <br><br> **Debtor(s)** | Case No. 10-10469-BAM <br> Trustee: Kathleen Leavitt <br><br> Chapter:13 <br><br> Hearing Date: 12/2/2010 <br> Hearing Time: 2:30 PM |

### NOTICE OF HEARING ON MOTION ALLOWING DEBTORS TO SHORT-SELL REAL PROPERTY

*NOTICE IS HEREBY GIVEN that Debtor(s) have filed a Motion to Allow Debtors to Short-Sell Real Property. The Motion seeks the following relief: Debtors request an order allowing them to short-sell their property located at 2770 Chokecherry Avenue, Henderson, NV 89074. Any opposition must be filed pursuant to Local Rule 9014(d)(1).*

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* prior to the above hearing date.  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Las Vegas, Nevada 89101 on 12/02/2010 at the hour of 2:30 pm.

DATED this 29 day of October, 2010

Signed:

/s/ Anthony J. DeLuca, Esq.
Anthony J. DeLuca, Esq.
Attorney for Debtor(s)